### STATE ex WHETSEL v MURPHY

Ohio Supreme Court
No 22553. Decided Sept 24, 1930

For full opinion see 174 NE 252.